NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TRACY ALLAN PETHTEL, DOC #R45877, )
)
         Appellant, )
)
v. )     Case No. 2D18-833
)
STATE OF FLORIDA, )
)
         Appellee. )
_____ )

Opinion filed December 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Pinellas County; Michael F. Andrews, Judge.

Tracy Allan Pethtel, pro se.

PER CURIAM.

        Affirmed.

KHOUZAM, LUCAS and BADALAMENTI, JJ., Concur.